WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
PATRICK J. CAFFERTY, JR. (SBN 103417)
Patrick.Cafferty@mto.com
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WASHINGTON,<br><br>                Plaintiff,<br><br>        vs.<br><br>SHELL OIL PRODUCTS US and DOES 1 through 20,<br><br>                Defendants. | CASE NO.  C 07 2352 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER RE MEDIATION AND CASE MANAGEMENT CONFERENCE**<br><br>Hon. Martin J. Jenkins |

        Plaintiff Larry Washington ("Plaintiff") and Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US ("Shell"), by and through their respective counsel, enter into the following stipulation regarding the parties' common desire to resolve this matter through early mediation and to avoid the costs and risks of litigation pending such mediation:

        WHEREAS, on March 8, 2007, Plaintiff filed the Complaint against Shell in the Superior Court of the State of California, County of Alameda;

        WHEREAS on April 30, 2007, Shell removed the matter to this Court based on diversity of citizenship;

        WHEREAS the Court has denied Plaintiff's motion to remand, finding that it has jurisdiction over this matter;

3515234.1

STIPULATION AND [PROPOSED] ORDER
RE CASE MANAGEMENT CONFERENCE

1  WHEREAS a Case Management Conference is currently scheduled for September 18, 2007, triggering the parties' obligation to meet and confer regarding case management issues and to provide initial disclosures; and

WHEREAS the parties believe that this matter may be suitable for resolution through early mediation, and wish to engage in early mediation while foregoing the expenses and risks of litigation in the interim.

NOW THEREFORE, the parties stipulate as follows:

1. The parties will conduct a mediation of this matter, on or before October 22, 2007, before a mutually-acceptable mediator;

2. On or before October 29, 2007, the parties will file a joint report to the Court on the result of the mediation efforts;

3. The case should be stayed pending the mediation and report of the same and a case management conference, if necessary, should be set following the mediation and report.

DATED: August 23, 2007

By: _____
HOJOON HWANG

Attorneys for Defendant
EQUILON ENTERPRISES, LLC D/B/A
SHELL OIL PRODUCTS US

DATED: August 23, 2007

BY: _____
GEORGE HOLLAND

LAW OFFICES OF GEORGE HOLLAND
1970 Broadway, Suite 1250
Oakland, CA 94612-2221
Tel. 510 465-4100
Fax. 510 465-4747
Email: georgehollandattorney@yahoo.com

ATTORNEY FOR PLAINTIFF LARRY WASHINGTON

## [~~PROPOSED~~] ORDER

The Court, having considered the stipulation of the parties and good cause appearing therefore, ORDERS THAT:

1. On or before October 22, 2007, the parties shall conduct a mediation before a mutually-acceptable mediator;

2. On or before October 29, 2007, the parties shall file a joint report on the result of the mediation; and

3. The Case Management Conference scheduled for September 18, 2007 is continued to a date to be determined following the joint report on mediation.

IT IS SO ORDERED

4. After filing of the joint report re mediation, counsel should file a request for case management conference if necessary.

Date: 9/11/07

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)