WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
PATRICK J. CAFFERTY, JR. (SBN 103417)
Patrick.Cafferty@mto.com
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant
EQUILON ENTERPRISES LLC D/B/A SHELL OIL PRODUCTS US

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WASHINGTON,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SHELL OIL PRODUCTS US and DOES 1 through 20,<br><br>                    Defendants. | CASE NO.  C 07 2352 MJJ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER**<br><br>Date:  September 18<br>Time: 2 p.m.<br>Hon. Martin J. Jenkins |

     Plaintiff Larry Washington ("Plaintiff") and Defendant Equilon Enterprises LLC d/b/a Shell Oil Products US ("Shell") respectfully submit the following joint case management conference statement and [proposed] case management order.

**I.     CASE SUMMARY**

     This case arises out of the release of hot heavy slurry oil from a refining unit at Shell's refinery in Martinez, California during maintenance in November 2005.  Plaintiff was an employee of a contractor engaged by Shell to perform maintenance on the Catalytic Cracking Unit (CCU) Gas Plant Debutanizer.  While Plaintiff was in the process of cleaning a Slurry Strainer, slurry oil was released and aerosolized, injuring Plaintiff.

     In his Complaint, filed originally in California Superior Court, County of

Alameda, Plaintiff alleges that Shell is strictly liable to Plaintiff for conducting an ultra-hazardous activity, and that Shell's negligence caused the release that injured him. Plaintiff seeks compensatory and punitive damages.

## II. PROCEDURAL HISTORY

Shell filed an answer on April 30, 2007, denying all material allegations of the Complaint and asserting a number of affirmative defenses. On May 1, 2007, Shell removed the matter to this Court based on diversity of citizenship. The case was assigned initially to Magistrate Judge Edward Chen, and was reassigned to this Court on June 21, 2007.

On Plaintiff filed a motion to remand on May 29, 2007, which Shell opposed. This Court denied the motion by its order dated August 2, 2007, finding that diversity jurisdiction existed.

## III. PROPOSED CASE SCHEDULE

Since the denial of the motion to remand, the parties have communicated on several occasions regarding their mutual desire to explore early settlement of the case. On August 23, 2007, the parties filed a Stipulation and Proposed Order, proposing that the case be stayed pending mediation. The Court has not yet entered the Proposed Order.

The parties continue to believe that the case is appropriate for early resolution through mediation. The parties have agreed to mediate the matter with the assistance of (retired) Judge of the California Superior Court, the Honorable Mark Eaton, in early November 2007. The time frame for mediation reflects Judge Eaton's availability, as well as the fact that Plaintiff is still undergoing medical treatment and that a full assessment of the extent of his injuries and required treatment is not yet complete.

Accordingly, the parties propose the following schedule:

| | |
|---|---|
| Deadline for Mediation: | November 16, 2007 |
| Joint Report to the Court on Mediation: | November 20, 2007 |
| Further Case Management Conference: | December 18, 2007 |

DATED: September 11, 2007

By: _____
HOJOON HWANG

Attorneys for Defendant
EQUILON ENTERPRISES, LLC D/B/A
SHELL OIL PRODUCTS US

DATED: September 11, 2007

BY: _____
GEORGE HOLLAND

LAW OFFICES OF GEORGE HOLLAND
1970 Broadway, Suite 1250
Oakland, CA 94612-2221
Tel. 510 465-4100
Fax. 510 465-4747
Email: georgehollandattorney@yahoo.com

ATTORNEY FOR PLAINTIFF LARRY WASHINGTON

IT IS SO ORDERED:

12
Date: September 18, 2007

IT IS SO ORDERED
Judge Martin J. Jenkins